IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL T. GARRETT,<br><br>Plaintiff,<br><br>v.<br><br>CIRCUIT CITY STORES, INC.,<br><br>Defendant. | § § § § § § § § § § § § § Civil Action No. 3:04-CV-556-M |

### ORDER

Before the Court is Defendant's Motion for Stay, filed on November 5, 2004. The Court is of the opinion that Defendant's Motion should be GRANTED. Proceedings in this case are therefore STAYED, pending resolution of Defendant's interlocutory appeal to the Fifth Circuit Court of Appeals, and the case is administratively closed pending further order from the Court.

**SO ORDERED.**

**DATED:** December 22, 2004.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS